**Donald R. ARNOLD, Appellant,**

**v.**

**Ramsey CLARK et al., Appellees.**

**No. 25969.**

United States Court of Appeals
Fifth Circuit.

June 27, 1968.

**501**

Donald R. Arnold, pro se.

Theodore E. Smith, Asst. U. S. Atty., Atlanta, Ga., for appellees.

Before BROWN, Chief Judge, and RIVES and GODBOLD, Circuit Judges.

PER CURIAM:

Appellant's claim on appeal is that he did not receive credit for pre-sentence jail time. Since he received considerably less than the maximum term imposable he is not entitled to credit for pre-sentence time served. Bryans v. Blackwell, 387 F.2d 764 (5th Cir. 1967).

The appeal is dismissed.